# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYRON FOLSE

NO. 2024 KW 0719

**NOVEMBER 4, 2024**

---

In Re:    Kyron Folse, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 542902.

---

BEFORE:    **McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** See La. Code Crim. P. art. 930.8.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT